MCGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASES NO. 1:18-MJ-00008 SKO |
| --- | --- |
| Plaintiff, | 1:11-CR-00211 AWI |
| v. | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME; ORDER |
| JUAN PABLO CISNEROS-OROZCO, | DATE: February 7, 2018 |
| Defendants. | TIME: 2:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney VINCENZA RABENN, and defendant JUAN PABLO CISNEROS-OROZCO, both individually and by and through his counsel of record, John F. Garland, hereby stipulate as follows:

1. The Complaint in this case was filed on January 12, 2018, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on January 24, 2018. The court set a preliminary hearing date of February 7, 2018.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 15, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between February 7, 2018, and February 15, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: February 1, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: February 1, 2018

/s/ John F. Garland
John F. Garland
Counsel for Defendant
JUAN PABLO CISNEROS-OROZCO

ORDER

IT IS HEREBY ORDERED that the Preliminary Hearing in 1:18-mj-00008-SKO is continued from February 7, 2018 to Thursday, February 15, 2018 at 2:00PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that First Status Conference re Violation of Supervised Release in 1:11-cr-00211-AWI is continued from February 7, 2018 to Thursday, February 15, 2018 at 2:00PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated: **February 5, 2018**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE