JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
JUAN PABLO CISNEROS-OROZCO

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN PABLO CISNEROS-OROZCO,<br><br>    Defendant. | Case Nos. 1:11-CR-00211 DAD<br>          1:18-CR-00031 LJO-SKO<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING HEARING**<br>**AND  ORDER THEREON**<br><br>**DATE:  December 10, 2018**<br>**TIME:  8:30 a.m.**<br>**Courtroom Four**<br><br>**Honorable  Lawrence  J. O'Neill** |

Defendant, JUAN PABLO CISNEROS-OROZCO, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Vincenza Rabenn, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from November 26, 2018 to **December 10, 2018** at **8:30 a.m.** This continuance is necessary because Assistant United States Attorney Rabenn is currently on vacation and the government and the defendant need additional time to discuss issues relevant to the defendant's sentencing. In addition, the United States Probation Office has not yet submitted its Dispositional Memorandum regarding the defendant's Violation of Supervised Release in case number 1:11-CR-00211.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

> Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: November 21, 2018     /s/ John F. Garland
John F. Garland
Attorney for Defendant
JUAN PABLO CISNEROS-OROZCO

Dated: November 21, 2018     McGregor W. Scott
United States Attorney

/s/ Kimberly A. Sanchez
By:   Kimberly A. Sanchez
for Vincenza Rabenn
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant JUAN PABLO CISNEROS-OROZCO is continued to December 10, 2018 at 8:30 a.m. No further continuances will be granted.

IT IS SO ORDERED.

Dated:   **November 21, 2018**       /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE